CRUM

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:24cr20192-TLP |
| Plaintiff, ) | CR. No. _____ |
| ) | |
| v. ) | 18 U.S.C. § 875(c) |
| ) | |
| DEIONTEI BALLARD, ) | |
| ) | |
| Defendant. ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1
(Interstate Communications of Threat)

On or about August 28, 2024, in the Western District of Tennessee, the defendant,

### DEIONTEI BALLARD

knowingly and willfully did transmit in interstate commerce from the State of Tennessee, through the State of Virginia, to the State of Tennessee, a communication via text message to the victim, and the communication contained a threat to injure the victim, specifically to "have your head because you took my money and sided with the cops" along with photos of beaten, bloodied, and mutilated bodies, as well as a severed hand, in violation of Title 18, United States Code, 875(c).

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**DATE**

_____
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**